**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

JOSE ALBERTO CEVALLOS-
RODRIGUEZ, AKA Jose Alberto
Ceballos, AKA Jose Alberto Cevallo,

Petitioner,

v.

LORETTA E. LYNCH, Attorney General,

Respondent.

No. 13-70576

Agency No. A095-733-040

MEMORANDUM[*]

---

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 21, 2015[**]

Before:    CANBY, BEA, and MURGUIA, Circuit Judges.

Jose Alberto Cevallos-Rodriguez, a native and citizen of Mexico, petitions

for review of the Board of Immigration Appeals' ("BIA") order denying his

motion to reopen. We dismiss the petition for review.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review the BIA's determination that the evidence Cevallos-Rodriguez submitted with his motion to reopen does not establish a prima facie case of exceptional and extremely unusual hardship for the purposes of cancellation of removal, where the evidence Cevallos-Rodriguez presented with his motion concerned the same hardship grounds as his application for cancellation of removal in his original removal proceedings. *See Fernandez v. Gonzales*, 439 F.3d 592, 601 (9th Cir. 2006) ("If . . . the BIA determines that a motion to reopen proceedings in which there has already been an unreviewable discretionary determination concerning a statutory prerequisite to relief does not make out a prima facie case for that relief, [8 U.S.C.] § 1252(a)(2)(B)(i) precludes our visiting the merits, just as it would if the BIA had affirmed the [immigration judge] on direct appeal.").

Because the BIA's determination that Cevallos-Rodriguez did not demonstrate a prima facie case of the requisite hardship is dispositive, we do not reach Cevallos-Rodriguez' remaining contentions. *See Simeonov v. Ashcroft*, 371 F.3d 532, 538 (9th Cir. 2004) ("As a general rule courts and agencies are not required to make findings on issues the decision of which is unnecessary to the results they reach." (citation and quotation marks omitted)).

**PETITION FOR REVIEW DISMISSED.**

13-70576